## ATTACHMENT A: STIPULATED FACTS
### United States v. Charles Bertsch

*The undersigned parties hereby stipulate and agree that if this matter had gone to trial, the Government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter gone to trial.*

On or about January 7, 2015, an FBI Task Force Officer ("TFO") in Dallas, Texas, conducted a download of child pornography over the internet, via a BitTorrent peer-to-peer network from IP Address 173.73.93.110. The Dallas TFO downloaded approximately 2,474 files, including images and videos depicting babies, toddlers, and other prepubescent children engaged in sex acts or exposing their genitalia. The IP address was assigned to **CHARLES BERTSCH** (**"BERTSCH"**) at a specific address in College Park, Maryland.

On July 5, 2015, a Baltimore County, Maryland, Police Department Detective, operating undercover, conducted a download of 203 files from the BitTorrent network and an associated computer with IP address 96.255.198.158. The majority of the 203 files downloaded were child pornography or child erotica. Several of the images were from known series of child pornography. On the date of the download, IP Address 96.255.198.158 was assigned to **BERTSCH** at the same specific address in College Park, Maryland.

Between August 27, 2016, and September 1, 2016, a Washington County, Maryland, Sheriff's Office Detective, operating undercover, conducted downloads of more than 750 images and videos from the BitTorrent network from a device at IP Address 72.83.36.112. At the time the downloads occurred, IP Address 72.83.36.112 was assigned to **BERTSCH** at the same specific address in College Park, Maryland.

During all relevant times described above, **BERTSCH** resided alone at the specific address in College Park, Maryland. In or about December 2016, **BERTSCH** moved to an address in Laurel, Maryland. On December 15, 2016, law enforcement agents executed a search warrant at **BERTSCH**'s residence in Laurel, Maryland. **BERTSCH** was interviewed and admitted to distributing child pornography over BitTorrent. **BERTSCH** acknowledged that by connecting his computer to BitTorrent in order to download child pornography, he was simultaneously enabling others to download child pornography from his own hard drive. A forensic examination of the devices seized pursuant to the search warrant revealed over 100,000 image files and over 2,000 video files of child pornography.

**BERTSCH** knowingly received and distributed child pornography over the Internet. Some of the child pornography involved a prepuscent minor or a minor who had not attained the age of 12. And some of the child pornography portrayed sadistic or masochistic conduct or other depictions of violence, or sexual abuse or exploitation of an infant or toddler.

\* \* \*

I have read this statement of facts, and have carefully reviewed it with my attorney. I acknowledge that it is true and correct.

5 July 2018
Date

_Charles D Bertsch_
Charles Bertsch

I am the attorney for Charles Bertsch. I have carefully reviewed the statement of facts with him.

7/5/2018
Date

_Lisa Lunt_
Lisa Lunt, Esq.